Bobby Francis Lowry V
**Inmate Name**

**ORIGINAL**

**FILED**

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0075

_____
**Inmate ID or AO#**

Lewis & Clark Detention Center
**Facility of Incarceration**

221 Breckenridge St.
**Address of Facility**

Helena                    MT.            59601
**City**            **State**            **Zip**

**FILED**

FEB 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____
*[The Clerk of Court will assign a number]*

Bobby Francis Lowry V                    ,
**NAME**

**PETITIONER,**

**v.**

Captain Bragg                    ,
**NAME OF WARDEN/FACILITY ADMINISTRATOR,**

**RESPONDENT.**

**Petition for Writ of**
~~**Habeas Corpus**~~
Mandate

I, Bobby Francis Lowry V , am representing myself, and I
*[Name of Inmate]*
believe that I am entitled to a Writ of ~~Habeas Corpus under § 46-22-101, MCA, for one~~
Mandate
~~or more of the following reasons:~~

*[Check the applicable box]:*

☐ The Department of Corrections has incorrectly calculated my sentence which illegally extends my parole eligibility or discharge date.

☐ The Parole Board should have granted me a parole AND the Board violated my Due Process rights in denying me a parole.

☐ I am entitled to more credit for jail time served than I received.

PRO SE PETITION FOR HABEAS CORPUS & Form 5(1)
Montana Supreme Court (Rev. April 2021)

☐ My sentence is illegal because:

  ☐ I was sentenced after April 28, 1999, and I received a sentence of more than 5 years to the Department of Corrections, none of which was suspended.

  ☐ My sentence violates my right to be free from double jeopardy.

  ☐ The length of my sentence is longer than the law allows.

☐ I am entitled to good time that is not credited against my sentence.

☐ I am being held in jail and I believe my bail is excessive.

☐ Other reason incarceration is illegal.

Describe in detail why you are entitled to ~~habeas corpus relief~~ relief. Be specific. If possible, provide citations to legal authority. Attach any documents that help you explain why the Court should grant your petition. A copy of any judgments, orders or other documents that support your argument must be provided.

On the 28th day of March 2021 I was arrested and charged for the crime of theft in Lewis & Clark County. Upon my initial appearance I was released on the pending charges, but held on a "D.O.C. hold" (I have never had any kind of hearing or even met with anyone from P&P to explain the hold. So I am unable to give further information on it.). I have been detained in Lewis & Clark County Jail since the above date.

On the 7th of November 2021 I was charged with the crime of aggravated assault. The Judge placed a $20,000.00 bail on me.

On the 9th of December 2021 I became concerned that the county was using my medication as a weapon to place me at risk of frivilous write-ups. Therefore I refused to take any of my meds for several weeks.

On the 17th of December 2021 Jail staff forced me to go back onto my seizure meds claiming it was a risk to facility safety if I did not take them. I complied and was required to get some blood work done in order to get my med levels correct.

Everything continued as normal until the 25th of January 2022 on that date I began getting medical charges to my inmate trust account for meds and corresponding labs I was forced to take and comply with. I was as well still unable to post bail due to a D.O.C. hold. Yet I was expected to pay for my medical care. See Attachment "A" & Attachment "B". Because of the D.O.C.'s refusal to pay for my medical care I was as well denied access to new hearing aids even though an appointment had already been scheduled. I was as well denied ADA assistance since I was not being allowed my new hearing aids.

Listed charges: 1/25/22 - labs - 17.79, 1/25/22 - labs - 22.79, 3/3/22 - Divalproex 250mg - 4.93, 2/3/22 - 125 mg Divalproex - 87.45 2/3/22 - Divalproex 250 mg - 6.90 2/3/22 - Divalproex 250 mg - 6.90, 2/3/22 Hydroxyzine - 780.

As relief, I request the following:

☐ my immediate release from prison.

☐ reduction of my sentence or that this Court remand this cause to the district court directing the court to resentence me to a lesser sentence.

☐ that the Department of Corrections recalculate my sentence as this Court directs.

☒ Other relief. Explain:

All monies seized from me be returned. The D.O.C. be held accountable for my medical care since it has placed a hold for nearly a year on me, and any other relief this Court sees fit.

## VERIFICATION

STATE OF MONTANA          )
                          :  ss.
County of _Lewis & clark_ )

I believe I am being incarcerated illegally. I certify that the contents of this petition are true and accurate to the best of my knowledge.

DATED this __5th__ day of __Feb_____, __2021__.

_____
Inmate Signature

__Bobby Francis Lowry V_____
Printed Name

# CERTIFICATE OF MAILING (SERVICE)

I hereby certify that on ___Feb. 5___, 20_22_, I have mailed the Petition for a Writ of Habeas Corpus, as noted by a check mark (√), to the following attorney by placing a copy in the United States Mail, postage prepaid:

☑ State of Montana                          (*see INSTRUCTIONS #9*)

Office of the Attorney General

P. O. Box 201401

Helena, MT 59620-1401

*or*

☐ _____ County Attorney   (*see INSTRUCTIONS #9*)
   [*Write name of County*]

_____

_____

_____

_____
[*Signature*]

Bobby Francis Lowry √
[*Print name*]

PRO SE PETITION FOR HABEAS CORPUS & Form 5(a)
Montana Supreme Court (Rev. April 2021)